# EXHIBIT N

# Worker Status Questionnaire

Return to legal@advisory.com worker status determination

**Worker Information**

Name

Phone

Hiring Department

Requested By

Expected Duration of Services

From:                                          To

Describe the work to be done by the worker and provide job title:

| **Questions*** | **Yes** | **No** |
|---|---|---|
| 1. Has the person worked for the company before as an employee? | | |
| 2. If "Yes," how is this assignment different than the job held previously as an employee? | | |
| 3. Are there other workers who performed or are performing the same or similar services? | | |
| 4. If so, are those workers contractors? | | |
| 5. Will the Company train the person to perform tasks in a specific way? | | |
| 6. Can you control when, where or how the worker will perform the work? | | |
| 7. Will the Company provide more than general instructions regarding the method to use in performing the | | |
| 8. Can the person choose the order or sequence of his or her work? | | |
| 9. Can you prohibit the individual from hiring, supervising and paying assistants? | | |
| 10. Will the person perform regular and continuous services for you? | | |
| 11. Will the person provide services on a substantially full-time basis? | | |
| 12. Can you require the person to submit regular reports (either written or oral)? | | |
| 13. Will the Company be the sole or major source of income for the individual? | | |
| 14. Will the Company pay the individual by the job (or by the time spent)? | | |
| 15. Will the Company pay the individual by the hour, week or month? | | |
| 16. Will the Company pay the individual's travel and business expenses? | | |
| 17. Will facilities, tools or equipment be provided to the individual? | | |
| 18. Does the Company have the right to discharge the individual at any time? | | |

Page 1 of 3

CONFIDENTIAL                                                                                                    Optum-Olukayode001257

| | | | | | |
|---|---|---|---|---|---|
| 19. | Can the person decline projects or assignments? | | | | |
| 20. | Can the individual realize a profit or loss from his or her services to the Company? | | | | |
| 21. | Does the person make his or her services available to the general public? | | | | |
| 22. | Are any Company-provided benefits being sought/ provided (pension plan, insurance, vacation pay, etc)? | | | | |
| 23. | Is the agreement to provide services with an individual or with a business entity? | | | | |
| 24. | Approximately how many hours, total, is the person expected to work? | | | | |
| 25. | Can the individual terminate the relationship without liability? | | | | |

CONFIDENTIAL                                                                                                                                                    Optum-Olukayode001258

*Each situation must be determined by its own facts and circumstances.

**If the work will be done under a written agreement between the firm and the worker, attach a copy of the proposed contract for review.**

**Determination:**

**Explanation:**

_____
_____
_____

**Approved By:** _____ **Date:** _____

CONFIDENTIAL                                                                        Optum-Olukayode001259