IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| OLURO OLUKAYODE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, OPTUM, INC. and THE ADVISORY BOARD COMPANY,<br><br>Defendants. | Civil Action No. 0:19-cv-01101 (DSD/HB)<br><br>**DECLARATION OF JASON P. HUNGERFORD IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DECERTIFY THE COLLECTIVE ACTION** |

I, Jason P. Hungerford, declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Nilan Johnson Lewis PA, located at 250 Marquette Avenue South, Suite 800, Minneapolis, Minnesota, and I submit this declaration in support of Defendants' Memorandum in Support of Motion for Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of Paschal Emelue's Scope of Work with MaineHealth, bearing Bates Optum-Olukayode001101 as produced in discovery in the above-referenced matter.

3. Attached hereto as Exhibit B is a true and correct copy of Paschal Emelue's Scope of Work with Lourdes, bearing Bates Optum-Olukayode000494 as produced in discovery in the above-referenced matter.

4832-6134-0118

4. Attached hereto as Exhibit C is a true and correct copy of Chiedu Ogbechie's Scope of Work with Lourdes, bearing Bates Optum-Olukayode000621 as produced in discovery in the above-referenced matter.

5. Attached hereto as Exhibit D is a true and correct copy of Chiedu Ogbechie's Scope of Work with MaineHealth, bearing Bates Optum-Olukayode001072 as produced in discovery in the above-referenced matter.

6. Attached hereto as Exhibit E is a true and correct copy of the Class List Defendants provided to Plaintiffs pursuant to this Court's Order on Conditional Certification, Dkt. 87.

7. Attached hereto as Exhibit F is a true and correct copy of an electronic mail sent by Olena Savytska to Counsel for Defendants regarding Suzanne Lacy.

8. Attached hereto as Exhibit G is a true and correct copy of an Excel Spreadsheet produced in native format to Plaintiffs in response to Plaintiffs' Interrogatories 3, 4, and 10. Exhibit G is condensed to include the Plaintiffs' names, Project Account, Project Start Date, Project End Date, and Project Manager.

9. Attached hereto as Exhibit H is a true and correct copy of an Excel Spreadsheet produced in native format to Plaintiffs in response to Plaintiffs' Interrogatories 3, 4, and 10, filtered by the Plaintiffs deposed in this case.

10. Attached hereto as Exhibit I is a true and correct copy of the Emmanuel Reyes-Cortes' LinkedIn Profile, printed on September 18, 2019.

11. Attached hereto as Exhibit J is a true and correct copy of Worker Status Questionnaire Template, bearing Bates Optum-Olukayode001257 as produced during discovery in the above-referenced matter.

12. Attached hereto as Exhibit K is a true and correct copy of an October 2017 electronic correspondence from Jacki Depew, bearing Bates Optum-Olukayode0001245 as produced during discovery in the above-referenced matter.

13. Attached hereto as Exhibit L is a true and correct copy of a March 2017 electronic correspondence from Jacki Depew, bearing Bates Optum-Olukayode001287 as produced during discovery in the above-referenced matter.

14. Attached hereto as Exhibit M is a true and correct copy of a training on the contractor engagement process, bearing Bates Optum-Olukayode001260 as produced during discovery in the above-referenced matter.

15. Attached hereto as Exhibit N are true and correct copies of excerpts to the deposition transcript of Daniel Clark taken on March 12, 2020, in the above-referenced matter.

16. Attached hereto as Exhibit O are true and correct copies of excerpts to the deposition transcript of Lucasz Kamieniecki taken on September 9, 2020, in the above-referenced matter.

17. Attached hereto as Exhibit P is a true and correct copy of the condensed 30(b)(6) deposition transcript of Optum taken on October 26, 2020, in the above-referenced matter.

18. Attached hereto as Exhibit Q are true and correct copies of excerpts to the deposition transcript of Folakemi Oredeko taken on August 16, 2019, in the above-referenced matter.

19. Attached hereto as Exhibit R are true and correct copies of excerpts to the deposition transcript of Emmanuel Reyes-Cortes taken on October 9, 2019, in the above-referenced matter.

20. Attached hereto as Exhibit S are true and correct copies of excerpts to the deposition transcript of Tamara Hutton taken on October 13, 2020, in the above-referenced matter.

21. Attached hereto as Exhibit T is a true and correct copy of the condensed deposition transcript of Oluro Olukayode taken on August 15, 2019, in the above-referenced matter.

22. Attached hereto as Exhibit U are true and correct copies of excerpts to the deposition of Chiedu Ogbechie taken on October 30, 2020, in the above-referenced matter.

23. Attached hereto as Exhibit V are true and correct copies of excerpts to the deposition of Marc Nadreau taken on October 20, 2020, in the above-referenced matter.

24. Attached hereto as Exhibit W are true and correct copies of excerpts to the deposition of Bridget Azera taken on December 3, 2020, in the above-referenced matter.

25. Attached hereto as Exhibit X are true and correct copies of excerpts to the deposition of Paschal Emelue taken on November 3, 2020, in the above-referenced matter.

26. Attached hereto as Exhibit Y are true and correct copies of excerpts to the deposition of Ejike Achumba taken on October 10, 2019, in the above-referenced matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: January 15, 2021      *s/ Jason P. Hungerford*
                                                   Jason P. Hungerford