# EXHIBIT F

| | |
|---|---|
| **From:** | Olena Savytska <OSavytska@llrlaw.com> |
| **Sent:** | Tuesday, December 17, 2019 12:06 PM |
| **To:** | Brenda K. DeRemer; adam@apollo-law.com; David Blanchard; Harold Lichten |
| **Cc:** | Jeremy D. Robb; David A. James; Jason P. Hungerford; Joseph G. Schmitt; Denise C. Pishko |
| **Subject:** | RE: Olukayode, et al. v. UnitedHealth Group, et al. |

Good Morning Counsel:

I am writing in response to the December 11 letter regarding opt-in Suzanne Lacy. While we agree Ms. Lacy would not be part of the collective she nevertheless has live claims against Defendants. We are open to filing an amended Complaint, or a separate case, which includes her claims individually, or to discussing a potential settlement of Ms. Lacy's overtime claims.

We are happy to talk further by phone.

Thank you,

Olena

---

**From:** Brenda K. DeRemer <bderemer@nilanjohnson.com>
**Sent:** Wednesday, December 11, 2019 8:33 AM
**To:** adam@apollo-law.com; David Blanchard <blanchard@bwlawonline.com>; Harold Lichten <hlichten@llrlaw.com>; Olena Savytska <OSavytska@llrlaw.com>
**Cc:** Jeremy D. Robb <JRobb@nilanjohnson.com>; David A. James <djames@nilanjohnson.com>; Jason P. Hungerford <JHungerford@nilanjohnson.com>; Joseph G. Schmitt <jschmitt@nilanjohnson.com>; Denise C. Pishko <dpishko@nilanjohnson.com>
**Subject:** Olukayode, et al. v. UnitedHealth Group, et al.

Please see attached correspondence sent on behalf of Jeremy Robb.

**BRENDA DEREMER**
*Legal Administrative Assistant*
612.305.7593
bderemer@nilanjohnson.com
120 South Sixth Street ▪ Suite 400 | Minneapolis ▪ MN 55402
P 612.305.7500 | F 612.305.7501 | www.nilanjohnson.com



250 Marquette Avenue South, Suite 800, Minneapolis, MN 55401


PRIVILEGE AND CONFIDENTIALITY NOTICE - This message and any attachments may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive for the recipient, you are notified that dissemination, distribution or copying of this message and

any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments.