# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| OLURO OLUKAYODE, | )<br>) CA No. 0:19-cv-01101-DSD-HB |
| Plaintiff, | ) |
| v. | ) |
| UNITEDHEALTH GROUP, OPTUM, INC. and THE ADVISORY BOARD COMPANY, | ) |
| Defendants. | ) |
| LINUS KPADUWA, MARK DOIG, PASCHAL EMELUE, STEPHANIE WALL, TAMARA HUTTON, ERAM ZAIDI, JENNY UZOUKWU, CHRISTY RIVERA, DAVEY WRIGHT, KERRIN SOJOURNER, CHARLOTTE KENNEDY, VALERIE THORNTON, EJIKE ACHUMBA, JIMMY AJUWA, MARC NADREAU and FOLAKEMI OREDEKO, | )<br>) CA No. 21-cv-01991-DSD-JFD |
| Plaintiffs, | ) |
| v. | ) |
| UNITEDHEALTH GROUP, OPTUM, INC. and THE ADVISORY BOARD COMPANY, | ) |
| Defendants. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**APPROVAL OF FLSA SETTLEMENT**

1

Plaintiffs Oluro Olukayode, Linus Kpaduwa, Mark Doig, Paschal Emelue, Stephanie Wall, Tamara Hutton, Eram Zaidi, Jenny Uzoukwu, Christy Rivera, Davey Wright, Kerrin Sojourner, Charlotte Kennedy, Valerie Thornton, Ejike Achumba, Jimmy Ajuwa, Marc Nadreau and Folakemi Oredeko ("Plaintiffs") hereby respectfully request the Court's approval of the settlement reached by the Plaintiffs and Defendants UnitedHealth Group, Optum, Inc. and The Advisory Board Company ("Defendants"). This Settlement resolves the claims of the Plaintiffs and opt-ins under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA") and Maryland, Maine and New York state law for a total of $192,500.00, including a net settlement amount of $70,000.00, and attorneys' fees in the amount of $122,500.00, and is the result of two settlement conferences before Magistrate Judge Docherty. As detailed in the accompanying Memorandum of Law, this proposed resolution of the Plaintiffs' claims is fair and reasonable and warrants judicial approval. Plaintiffs respectfully request that the Court issue an order: 1) granting approval of the proposed Settlement Agreement and allocation; and 2) approving the award of attorneys' fees and costs in the amount of $122,500.00.

Dated: April 20, 2022                Respectfully submitted,

                                                    _/s/Olena Savytska_____
                                                  Harold Lichten (*pro hac vice*)
                                                  Olena Savytska (*pro hac vice*)
                                                  LICHTEN & LISS-RIORDAN, P.C.
                                                  729 Boylston St., Suite 2000
                                                  Boston, MA 02116
                                                  Telephone: (617) 994-5800
                                                  Facsimile: (617) 994-5801
                                                  hlichten@llrlaw.com
                                                  osavytska@llrlaw.com

Adam Hansen
Apollo Law LLC
333 Washington Ave N Suite 300
Minneapolis, MN 55401
adam@apollo-law.com

David M. Blanchard (*pro hac vice*)
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: 734.929.4313
blanchard@bwlawonline.com

*Attorneys for Plaintiff
and the Proposed Classes*