```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
```

Oluro Olukayode,                CIVIL NO. 19-1101(DSD/JFD)

       Plaintiff,

V.

UnitedHealth Group, et al.,

       Defendants,

_____

Linus Kpaduwa, et al.,          CIVIL NO. 21-1991(DSD/JFD)

       Plaintiffs,

v.

UnitedHealth Group, et al.,

       Defendants.

**ORDER**

This matter is before the court upon plaintiff's unopposed motion for approval of the parties' Fair Labor Standards Act settlement. Having reviewed the motion, the court approves the settlement.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The motion for approval [ECF Nos. 41 and 222] are granted;

2. The settlement agreement reached by the parties and the allocation of plaintiffs' settlement amount are approved; and

3.   The award of attorneys' fees and costs in the amount of $122,500.00 is approved.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 27, 2022

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court