# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Oluro Olukayode

Plaintiff(s),

v.

Case Number: 19-cv-1101-DSD-JFD
21-cv-1991-DSD-JFD

UnitedHealth Group, Optum, Inc., Advisory Board Company, The

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The motion for approval [ECF Nos. 41 and 222] are granted;

2. The settlement agreement reached by the parties and the allocation of plaintiffs' settlement amount are approved; and

3. The award of attorneys' fees and costs in the amount of $122,500.00 is approved.

Date: 4/29/2022

KATE M. FOGARTY, CLERK